THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JON FLOWERS, | CASE NO. C17-0989-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FRED HUTCHINSON CANCER RESEARCH CENTER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to continue the status conference currently scheduled for November 7, 2017 (Dkt. No. 23). Finding good cause, the Court GRANTS the motion. The status conference currently scheduled for November 7, 2017, is rescheduled to November 21, 2017 at 9:00 a.m.

DATED this 13th day of October 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk