UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JON FLOWERS, | CASE NO. C17-0989-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FRED HUTCHINSON CANCER RESEARCH CENTER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to extend the deadline for mediation (Dkt. No. 31). Finding good cause, the Court GRANTS the motion. (Dkt. No. 31). The parties shall complete mediation no later than March 1, 2018. All other case management dates remain as previously scheduled.

DATED this 19th day of January 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk