UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JON FLOWERS, | CASE NO. C17-0989-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| FRED HUTCHINSON CANCER RESEARCH CENTER, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' notice of case settlement (Dkt. No. 76). Within 60 days of the issuance of this order, Plaintiff shall file a stipulated dismissal. The Clerk is DIRECTED to terminate all pending case management dates and close this case.

DATED this 20th day of December 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk
